B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cont, loan E** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8234** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**5011 Fairview Lane**<br>**Skokie, IL**     ZIP Code **60077** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 480351**<br>**Niles, IL**     ZIP Code **60714** | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                 Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cont, Ioan E** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ David H. Cutler**              **September 14, 2012**<br>Signature of Attorney for Debtor(s)              (Date)<br>**David H. Cutler** |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                  Page 3

## Voluntary Petition

| | |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** **Cont, Ioan E** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ioan E Cont**
Signature of Debtor  **Ioan E Cont**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 14, 2012**
Date

### Signature of Attorney*

X **/s/ David H. Cutler**
Signature of Attorney for Debtor(s)

**David H. Cutler**
Printed Name of Attorney for Debtor(s)

**Cutler & Associates, Ltd**
Firm Name

**8430 Gross Point Rd
Ste 201
Skokie, IL 60077**

_____
Address

**Email: david@cutlerltd.com**
**847-673-8600  Fax: 847-673-8636**
Telephone Number

**September 14, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Ioan E Cont** _____ Case No. _____

Debtor(s)   Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                  Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Ioan E Cont**
                       **Ioan E Cont**

Date:   **September 14, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Ioan E Cont**                                                                          ,     Case No. _____

                                                      Debtor

                                                                              Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 20,800.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 25,111.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 36,876.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | 1,088,537.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,800.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,780.00 |
| Total Number of Sheets of ALL Schedules | | 51 | | | |
| | | Total Assets | 20,800.00 | | |
| | | Total Liabilities | | 1,150,524.64 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ioan E Cont**                                              ,   Case No. _____

                                                    Debtor

                                                             Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Ioan E Cont**
_____,    Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Ioan E Cont**                                                                ,    Case No. _____
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Various used personal possessions | - | 500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Various used clothes | - | 300.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >            800.00
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Ioan E Cont**                                                    ,      Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **205 IC Inc.  Debtor is sole shareholder.  This corporation owned Meze Tapas Lounge.  Debtor spent an additional 86,000 to reopen this club as a restaurant.  The restaurant did not do well and debtor assigned all equipment, inventory and property to the Landlord in Nov 2011.  Landlord operated the restaurant under this corporate entity and name until May 14, 2012.  Currently the restaurant is not operating.  At the time debtor assigned the items listed above, the corporation owed roughly $130,000 in remaining rent and $34,000 in sales taxes.  In consideration of the transfer landlord agreed to pay $34,000 in back Sales Tax with the transfer and forgive the remaining lease payments.  The total value of all equip, inventory and property at the time of surrender was roughly $70,000. None of the equipment, inventory or property used came from 205 N Peoria Inc.** | - | 0.00 |
| | | **LC Flooring Inc.  Debtor is sole shareholder.  Only assets are 6-7 piece of used floor stripping and buffing equip.  They are residential grade and one person standup machines.  Corporation has no other assets, pending contracts, accounts receivables, inventory or property.  The corporation owes Money A-American Custom Flooring 60,000 to 80,000 in accounts payable.  Not doing business anymore.** | - | 0.00 |
| | | **Dustless Flooring, Inc.  Incoparated in March 2012.  Corporation has no assets.** | - | 0.00 |

Sub-Total >          0.00
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Ioan E Cont**                                                                                   ,        Case No. _____
                                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **205 N Peoria d/b/a Club Royal.  Debtor was 50% shareholder with Marcel Somfelean.  This club opened in 2008. The debtor spent approximately $247,000 for the build  out and $120,000 in attorney fees to open the club.  The money came from his savings and from credit cards listed on Schedule F. The club closed and the landlord took over the building. The debtor eventually reopend another business in the same location and is detailed in 205 IC. Inc. herein  205 N Peoria was dissolved.  All non-real estate property was placed in storage unit around February 5, 2009 and Dean T. Maregous, pursuant to state court action was responsible for all items in storage.  Subsequent to placement in storage unit debtor discovered that all assets were removed by Marcel Somfelean sometime in Spring of 2009.  This theft was reported to the police who created a police report of the same.  Debtor has no idea where the assets are and has not had any contact iwth Mr. Somfelean in almost three years. Debtor informed Mr. Maregous of the theft and took no further action.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                0.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ioan E Cont**                                                      ,    Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Range Rover HSE Sport Utility 4D.  Value established by Carmax valuation.** | - | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    **20,000.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ioan E Cont**                                                        ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Potential Lawsuits against Dean T. Maragos and Maragos & Maragos for various causes of action. Value of lawsuits and damages have yet to be determined.** | **-** | **0.00** |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **20,800.00** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re    **Ioan E Cont**                                    ,    Case No. _____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)    *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Various used personal possessions** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| **Various used clothes** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| | Total: | **800.00** | **800.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

**B6D (Official Form 6D) (12/07)**

In re    **Ioan E Cont**                                  ,     Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxx2392** | | | | 7/2008 | | | | | |
| **Harris N.a. Bmo-Attention: Legal Service 1100 W. Monroe 421 E Chicago, IL 60603** | - | | | **Purchase Money Security** **2007 Range Rover HSE Sport Utility 4D. Value established by Carmax valuation.** | | | | | |
| | | | | Value $      20,000.00 | | | | 25,111.00 | 5,111.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 25,111.00 | 5,111.00 |
| Total (Report on Summary of Schedules) | 25,111.00 | 5,111.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                       Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re      **Ioan E Cont**                                                                   Case No. _____
                                                                              ,
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                           **2**      continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Ioan E Cont** _____,        Case No. _____

                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 08-004215 | | | | | |
| **Attorney General** **c/o  Mark Ishu** **100 West Randolph 13th Fl** **Chicago, IL 60601** | - | | | | | | 2,162.00 | 0.00 / 2,162.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 2,162.00 | 2,162.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Ioan E Cont**
_____,        Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.                                            **1096511** | | | | | | | | | |
| **Cit y of Chicago Dept. of Business Affairs 121 N LaSalle St. Rm 800 Chicago, IL 60602** | - | | | | | | 600.00 | 0.00 | 600.00 |
| Account No.          **Sales Tax** | | | | | | | | | |
| **Illinois Department of Revenue PO Box 19035 Springfield, IL 62794-9035** | - | | | | | | 34,114.00 | 0.00 | 34,114.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
| --- | --- | --- | --- |
| | | 34,714.00 | 34,714.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 36,876.00 | 36,876.00 |

B6F (Official Form 6F) (12/07)

In re   **Ioan E Cont**                                                                   ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**A American Custom- Niles 7777 N. Caldwell Niles, IL 60714** | | | **Business expneses for flooring company. Materials.** | | | | **80,000.00** |
| Account No. <br><br>**Allied Waste 2608 S. Damen Chicago, IL 60608** | | | **Utilities** | | | | **223.66** |
| Account No. 307100058981 <br><br>**Allied Waste Services PO Box 9001154 Louisville, KY 40290** | | | **Utilities** | | | | **326.81** |
| Account No. LCHI210804 <br><br>**Alsco 2641 S. Leavitt St Chicago, IL 60608** | | | | | | | **600.00** |

__35__  continuation sheets attached

Subtotal
(Total of this page)          **81,150.47**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    S/N:29870-120912   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ioan E Cont**                                                  ,     Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx0963<br><br>American Express<br>American Express Special Research<br>Po Box 981540<br>El Paso, TX 79998 | - | | Opened 4/19/99 Last Active 4/30/09<br>**This credit card was used primarily for building out restaurant/nightclub and to fix up 5011 Fairview. Debtor has not used this card in over 3 yrs.** | | | | 16,958.00 |
| Account No. xxxxxxxxxxx4983<br><br>American Express<br>American Express Special Research<br>Po Box 981540<br>El Paso, TX 79998 | - | | Opened 5/01/99 Last Active 5/01/09<br>CreditCard | | | | 3,053.00 |
| Account No. xxxxxxxxxxxx0262<br><br>American Express<br>American Express Special Research<br>Po Box 981540<br>El Paso, TX 79998 | - | | Opened 6/01/99 Last Active 11/01/05<br>CreditCard | | | | 0.00 |
| Account No. xxxxxxxxxxxx6142<br><br>American Express<br>American Express Special Research<br>Po Box 981540<br>El Paso, TX 79998 | - | | Opened 5/01/99 Last Active 12/01/03<br>CreditCard | | | | 0.00 |
| Account No. 580266494<br><br>American Family Insuracne<br>6000 American Pkwy<br>Madison, WI 53783 | | | Insurance | | | | 1,085.30 |

Sheet no. __1__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                21,096.30

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ioan E Cont**
                                                                           ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **3002974302**<br><br>**American Family Insuracne**<br>**PO Box 9432**<br>**Minneapolis, MN 55440** | | | | Insurance | | | | 68.00 |
| Account No. **15729372**<br><br>**American Family Insuracne**<br>**4802 Mitchell Ave**<br>**St. Joseph, MO 64507** | | | | Insurance | | | | 107.03 |
| Account No. **005-802-664-94**<br><br>**American family Insurance**<br>**Madison, WI 53777-0001** | | | | | | | | 161.55 |
| Account No.<br><br>**Antonio Lopez**<br>**5738 S. Mayfield**<br>**Chicago, IL 60638** | | | | | | | | 0.00 |
| Account No.<br><br>**Apple Store, Old Orchard**<br>**4999 Old Orchard Center**<br>**Skokie, IL 00060-0477** | | | | | | | | 3,000.00 |

Sheet no. __2__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,336.58

B6F (Official Form 6F) (12/07) - Cont.

In re **Ioan E Cont** _____,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **25546294** | | | | | Bloomingdale's | | | | |
| **ARS National Services** **PO BOX 463023** **Escondido, CA 92046-3023** | | | | | | | | | 295.27 |
| Account No. | | | | | Collections for Discover | | | | |
| **Assurant Solutions** **PO Box 105272** **Atlanta, GA 30348** | | | | | | | | | 0.00 |
| Account No. **6.74847E+12** | | | | | | | | | |
| **AT&T** **c/o Accord Creditor Services** **PO BOX 10002** **Newman, GA 30271** | | | | | | | | | 253.28 |
| Account No. **84767435349659** | | | | | Utilities | | | | |
| **ATT** **PO Box 8105** **Aurora, IL 60507** | | | | | | | | | 240.00 |
| Account No. | | | | | Testa Produce vs. 205 IC d/b/a Meze - 10 M1 203816 | | | | |
| **Attorney Kimerly J. Weissman** **633 Skokie Blvd, Ste. 400** **Northbrook, IL 60062** | | | | | | | | | 0.00 |

Sheet no. __3___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 788.55 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ioan E Cont**                                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0030335-9<br><br>Bank of America<br>PO Box 53150<br>Phoenix, AZ 85072 | | | Safe Deposit Box | | | | 323.20 |
| Account No. 0021168-7<br><br>Bank of America<br>PO Box 53150<br>Phoenix, AZ 85072 | | | Safe Deposit Box | | | | 166.60 |
| Account No. xxxxxxxxxxxx3829<br><br>Bank of America<br>PO Box 17295<br>Wilmington, DE 19850 | | | Credit Card | | | | 0.00 |
| Account No.<br><br>Bank of America<br>PO BOX 53150<br>Phoenix, AZ 85072-3150 | | | | | | | 489.00 |
| Account No. xxxxx3148<br><br>Bank Of America, N.a.<br>450 American St<br>Simi Valley, CA 93065 | | | Opened 1/01/08 Last Active 5/23/11<br>ConventionalRealEstateMortgage | | | | 0.00 |

Sheet no. __4__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**978.80**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ioan E Cont**                                                      ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7826**<br><br>**Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** | - | | Opened 12/22/06  Last Active  1/31/08<br>CreditLineSecured | | | | 0.00 |
| Account No. **xxxxx3623**<br><br>**Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** | - | | Opened  9/01/06  Last Active 12/29/06<br>CreditLineSecured | | | | 0.00 |
| Account No. **xxxxx7818**<br><br>**Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** | - | | Opened 12/01/06  Last Active  1/31/08<br>ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. **xxxxx6670**<br><br>**Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** | - | | Opened 11/01/06  Last Active 10/26/07<br>CreditLineSecured | | | | 0.00 |
| Account No. **xxxxx6662**<br><br>**Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** | - | | Opened 11/01/06  Last Active 10/25/07<br>ConventionalRealEstateMortgage | | | | 0.00 |

Sheet no. __5__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ioan E Cont**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx3615** <br><br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | | - | | | **Opened 9/01/06 Last Active 12/29/06** <br> **ConventionalRealEstateMortgage** | | | | **0.00** |
| Account No. **xxxxx2516** <br><br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | | - | | | **Opened 10/01/05 Last Active 9/01/06** <br> **ConventionalRealEstateMortgage** | | | | **0.00** |
| Account No. **xxxxx2524** <br><br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | | - | | | **Opened 10/01/05 Last Active 9/01/06** <br> **CreditLineSecured** | | | | **0.00** |
| Account No. <br><br> **Barhorst & Associates PC** <br> **901 W Jackson Blvd, Ste 301** <br> **Chicago, IL 60607** | | | | | **Collection** | | | | **0.00** |
| Account No. <br><br> **Berger, Newmark & Fenchel PC** <br> **1753 N. Tripp Ave** <br> **Chicago, IL 60639** | | | | | **Legal** | | | | **291.00** |

Sheet no. __**6**___ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**291.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ioan E Cont**                                              , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Blitt and Gaines PC**<br>**661 Glenn Ave**<br>**Wheeling, IL 60090** | | | **Citibank South Dakota vs. Ioan Cont- 09 M1 205405** | | | | 0.00 |
| Account No. **726076581**<br><br>**Bloomingdales**<br>**PO Box 183083**<br>**Columbus, OH 43218** | | | **Credit Card** | | | | 176.79 |
| Account No. **726076581**<br><br>**Bloomingdales**<br>**PO Box 183083**<br>**Columbus, OH 43218** | | | **Credit Card** | | | | 138.87 |
| Account No. **40050839**<br><br>**BSB Direct Finance, LLC**<br>**PO Box 2149**<br>**Gig Harbor, WA 98335** | | | | | | | 2,147.00 |
| Account No.<br><br>**Cassidy Tire and Service**<br>**7220 N. Cicero Ave**<br>**Lincolnwood, IL 60172** | | | | | | | 1,500.00 |

Sheet no. __7__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,962.66

B6F (Official Form 6F) (12/07) - Cont.

In re **Ioan E Cont**_____,    Case No. _____

                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CD Peacock** <br>**1128 Northbrook Ct** <br>**Northbrook, IL 60062** | | | | | | | **13,000.00** |
| Account No. **xx xx xx9149** <br><br>**Chaet Kaplan Baim Firm** <br>**30 N LaSalle St. Ste. 1520** <br>**Chicago, IL 60602** | | - | | | | | **Unknown** |
| Account No. **xxxxxxxxxxx0555** <br><br>**Chase** <br>**Po Box 15298** <br>**Wilmington, DE 19850** | | | **Opened 11/01/00  Last Active  3/24/09** <br>**This credit card was used primarily for building out restaurant/nightclub and to fix up 5011 Fairview. Debtor has not used this card in over 3 yrs.** | | | | **23,008.00** |
| Account No. **xxxxxxxx0555** <br><br>**Chase** <br>**PO Box 15153** <br>**Wilmington, DE 19886** | | | **Credit Card** | | | | **3,636.54** |
| Account No. **xxxxxxxxx3308** <br><br>**Chase Manhattan** <br>**Attn:  Bankruptcy Research Dept** <br>**3415 Vision Dr., Mail Code Oh4-7302** <br>**Columbus, OH 43219** | | - | **Opened  9/01/05  Last Active  3/31/06** <br>**Automobile** | | | | **0.00** |

Sheet no. __8__ of __35__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)      **39,644.54**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ioan E Cont** _____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxxx4520**<br><br>**Chrysler Credit/TD Auto Finance**<br>**Attention: Bankruptcy**<br>**Po Box 551080**<br>**Jacksonville, FL 32255** | - | | | **Opened  2/01/05  Last Active  5/02/06**<br>**Automobile** | | | | **0.00** |
| Account No. **xxxxxxxx6121**<br><br>**Citi**<br>**CitiCard Credit Services/Centralized Ban**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | - | | | **Opened  2/01/00  Last Active  6/01/03**<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxxxxxxxxx3970**<br><br>**Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | - | | | **Opened  4/01/99  Last Active  3/20/09**<br>**This credit card was used primarily for building out restaurant/nightclub and to fix up 5011 Fairview. Debtor has not used this card in over 3 yrs.** | | | | **29,547.00** |
| Account No. **xxxxxxxxxxx5473**<br><br>**Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | - | | | **Opened  5/01/00  Last Active  1/05/06**<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxxxxxxxxx2881**<br><br>**Citibank Usa**<br>**Citicorp Credit Services/Attn: Centraliz**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | - | | | **Opened  2/01/99  Last Active 12/08/00**<br>**ChargeAccount** | | | | **0.00** |

Sheet no. __9___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **29,547.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ioan E Cont**                                          ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Codilis & Associates, PC** <br> **15W030 N. Frontage Rd, Ste. 100** <br> **Burr Ridge, IL 60527** | | | | **Suntrust Mortgage vs. Ioan Cont - 10 CH 021407** | | | | **0.00** |
| Account No. **291691** <br><br> **Collect America Commercial Services** <br> **16011 College Blvd, Ste. 101** <br> **Lenexa, KS 66219** | | | | **This is a collection company for equipment lease used for LC Flooring.** | | | | **23,921.15** |
| Account No. **8.7711E+15** <br><br> **Comcast** <br> **c/o Stellar Recovery** <br> **1327 Highway 2 W, Suite 100** <br> **Kalispell, MT 59901-3413** | | | | | | | | **373.41** |
| Account No. **8771100870173840** <br><br> **Comcast Cable** <br> **PO Box 3002** <br> **Southeastern, PA 19398-3002** | | | | **Utilities** | | | | **555.82** |
| Account No. **1868741021** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | | | | **Utilities** | | | | **221.35** |

Sheet no. __**10**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,071.73**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ioan E Cont**                                    ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7023160060** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | | | Utilities | | | | 663.98 |
| Account No. **61201170** <br><br> **Complete Payment Recovery Services** <br> **PO BOX 30031** <br> **Tampa, FL 33630-3031** | | | Business C - Bloomingdales | | | | 733.64 |
| Account No. **61187359** <br><br> **Complete Payment Recovery Services** <br> **PO BOX 30032** <br> **Tampa, FL 33630-3032** | | | Business C - Howard Orloff Imports | | | | 292.28 |
| Account No. <br><br> **Connor & Gallagher** <br> **4933 Lincoln Ave** <br> **Lisle, IL 60532** | | | | | | | 0.00 |
| Account No. <br><br> **Cooler Service Inc** <br> **940 W. Chicago Ave** <br> **Chicago, IL 60642** | | | Utilities | | | | 2,349.00 |

Sheet no. __11__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,038.90

B6F (Official Form 6F) (12/07) - Cont.

In re **Ioan E Cont** ,                                    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Countrywide Bank, FSB** <br>**PO Box 660694** <br>**Dallas, TX 75266** | | | Shortsale Deficiecny for 130 N Garland | | | | <br><br>230,000.00 |
| Account No. **xxxxxx0585** <br><br>**Crd Prt Asso** <br>**Attn: Bankruptcy** <br>**Po Box 802068** <br>**Dallas, TX 75380** | | - | Opened  7/01/11 <br>CollectionAttorney Comcast | | | | <br><br>373.00 |
| Account No. <br><br>**Cream Wine Company** <br>**118 N. Peoria St 3rd Flr** <br>**Chicago, IL 60607** | | | | | | | <br><br>449.70 |
| Account No. **8030503737** <br><br>**Credit Collection Services** <br>**Two Wells Avenue** <br>**Newton, MA 02459** | | | Collection for Commonwealth Edison | | | | <br><br>227.32 |
| Account No. **5045101204** <br><br>**Credit Collection Services** <br>**Two Wells Ave** <br>**Newton, MA 02459** | | | American Family Insurance | | | | <br><br>161.55 |

Sheet no. **12** of **35** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

231,211.57

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ioan E Cont** _____,  Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **1638950585**<br><br>**Credit Protection Association L. P.**<br>**13355 Noel Road**<br>**Dallas, Tx 75240** | | | | **Collection for Comcast** | | | | 813.41 |
| Account No. **337414853**<br><br>**DebtAlert**<br>**PO Box 280431**<br>**East Hartford, CT 06128** | | | | **Collection** | | | | 294.00 |
| Account No.<br><br>**Deem T. Maragos**<br>**1 N. Lasalle, Ste 2200**<br>**Chicago, IL 60602** | | | | | | | | 0.00 |
| Account No.<br><br>**Demetrios J. Haleas**<br>**3940 W. Touhy Ave, Ste. 1**<br>**Lincolnwood, IL 60712** | | | | **Insurance** | | | | 0.00 |
| Account No.<br><br>**Dimitri Anastos**<br>**Po Box 56470**<br>**Chicago, IL 60656** | | - | | **Lease Payments for Restaurant** | | | | 130,000.00 |

Sheet no. __**13**__ of __**35**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal<br>(Total of this page)       **131,107.41**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ioan E Cont**
_____,
　　　　　　　　　　　　Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Direct TV<br>PO Box 60036<br>Los Angeles, CA 90060** | | | | **Utilities** | | | | 170.98 |
| Account No. <br><br>**Discover Bank<br>c/o Budzik & Dynia, LLC<br>4849 N. Milwaukee Ave.<br>Suite 801<br>Chicago, IL 60630** | | | | | | | | 14,797.00 |
| Account No. xxxxxxxxxxxx6319 <br><br>**Discover Fin<br>Attention: Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054** | - | | | **Opened 6/01/99 Last Active 3/22/09<br>This credit card was used primarily for building out restaurant/nightclub and to fix up 5011 Fairview. Debtor has not used this card in over 3 yrs.** | | | | 14,797.00 |
| Account No. xxxxxx5802 <br><br>**Dsnb Bloom<br>Macy's Bankruptcy Dept.<br>9111 Duke Blvd.<br>Mason, OH 45040** | - | | | **Opened 4/01/98 Last Active 8/05/10<br>ChargeAccount** | | | | 295.00 |
| Account No. 18048 <br><br>**Empire Cooler Servcie, Inc<br>940 W. Chicago Ave<br>Chicago, IL 60642** | | | | **Misc** | | | | 3,568.80 |

Sheet no. __14__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,628.78

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ioan E Cont**                                          ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx xx xx3368**<br><br>**Empire Cooling**<br>**c/o Schwartz Wolf & Bernstein**<br>**314 N McHenry Rd.**<br>**Buffalo Grove, IL 60089** | - | | | Lawsuit for materials | | | | 39,000.00 |
| Account No. **G22675891**<br><br>**ER Solutions Inc**<br>**PO Box 9004**<br>**Renton, WA 98057** | | | | Collection for BOA | | | | 210.84 |
| Account No. **635065303**<br><br>**First Merit Bank**<br>**295 First Merit Circle**<br>**Akron, OH 44307** | | | | Checking | | | | 202.00 |
| Account No. **xxxx0073**<br><br>**First Merit Bank**<br>**294 First Merit Cir.**<br>**Akron, OH 44307-2358** | | | | Business | | | | 157.97 |
| Account No. **5250000081**<br><br>**First Merit Bank**<br>**295 First Merit Cir.**<br>**Akron, OH 44307-2359** | | | | Business | | | | 0.00 |

Sheet no. _**15**_ of _**35**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,570.81

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ioan E Cont**                                    ,      Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 09 M1 201014 | | | | |
| **Fortessa** **c/o Teller, Levit & Silvertrust** **11 East Adams Ste. 800** **Chicago, IL 60603** | - | | | | | | | | **Unknown** |
| Account No. | | | | | Misc | | | | |
| **Fortessa Inc** **22601 Davis Dr** **Sterling, VA 20164** | | | | | | | | | **598.35** |
| Account No. | | | | | Misc | | | | |
| **Gabbys Bagels Inc** **11241 Melrose Ave Unit B** **Franklin Park, IL 60131** | | | | | | | | | **37.70** |
| Account No. 6019210711544580 | | | | | Credit Card used for furniture for the restaurant listed on Schedule B. | | | | |
| **GE Money** **PO Box 960061** **Orlando, FL 32896** | | | | | | | | | **16,324.06** |
| Account No. xxxxxxxxxxx0096 | | | | | Opened  5/01/99  Last Active 3/01/12 ChargeAccount | | | | |
| **Gemb/JC Penny** **Attention:  Bankruptcy** **Po Box 103104** **Roswell, GA 30076** | - | | | | | | | | **0.00** |

Sheet no. __16__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,960.11**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ioan E Cont**                                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx4586**<br><br>**Gemb/mohawk Color Cent**<br>**Attention: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA 30076** | - | | | Opened  8/12/07  Last Active  1/19/09<br>ChargeAccount | | | | 0.00 |
| Account No.<br><br>**Gerber Collision and Glass**<br>**8250 Skokie Blvd**<br>**Skokie, IL 60077** | | | | | | | | 1,000.00 |
| Account No. **xxxxxxxxxxxx1283**<br><br>**Glenview State Bank**<br>**800 Waukegan Rd**<br>**Glenview, IL 60025** | - | | | Opened 12/01/03  Last Active  3/22/06<br>Automobile | | | | 0.00 |
| Account No. **190371227010**<br><br>**Global Payments/Dept CBD**<br>**10705 Red Run Blvd**<br>**Owings Mills, MD 21117** | | | | | | | | 0.00 |
| Account No. **193**<br><br>**Green Summer Landscaping Inc**<br>**800 E Ironwood Dr**<br>**Mt Prospect, IL 60056** | | | | Misc | | | | 655.00 |

Sheet no. __17__ of __35__ sheets attached to Schedule of                                Subtotal                    | 1,655.00
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ioan E Cont**                                                                ,      Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Harris Bank <br>PO BOX 6201 <br>Carol Stream, IL 60197-6201** | | | | | | | | **1,082.00** |
| Account No. **6100302392** <br><br>**Harris Bank/Attn: BK Notices <br>3800 Golf Road, Ste. 300 <br>Rolling Meadows, IL 60008** | | | | | | | | **0.00** |
| Account No. **5599111507** <br><br>**Harris Bank/Attn: BK Notices <br>3801 Golf Road, Ste. 300 <br>Rolling Meadows, IL 60009** | | | | | | | | **0.00** |
| Account No. **xx3614** <br><br>**Home Dept <br>890 Oak Creek Dr. <br>Lombard, IL 60148** | | - | | **Building materials** | | | | **7,430.00** |
| Account No. <br><br>**Hopper Architectural Products <br>1131 Douglass Rd <br>Batavia, IL 60510** | | | | | | | | **5,066.00** |

Sheet no. __18__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **13,578.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ioan E Cont**                                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxx5329**<br><br>**Hsbc Bank**<br>**Attn: Bankruptcy**<br>**Po Box 5213**<br>**Carol Stream, IL 60197** | | - | | **Opened  8/01/99  Last Active  9/01/03**<br>**CreditCard** | | | | 0.00 |
| Account No. **xxxxxxxxxxx3486**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | - | | **Opened  5/01/98  Last Active  7/01/03**<br>**CreditCard** | | | | 0.00 |
| Account No. **xxxxxxxxxxx5578**<br><br>**Hsbc Nv**<br>**Attention: Bankruptcy**<br>**Po Box 5213**<br>**Carol Stream, IL 60197** | | - | | **Opened  1/27/99  Last Active  12/01/04**<br>**CreditCard** | | | | 0.00 |
| Account No. **13568216**<br><br>**Illinois Collection Service**<br>**PO Box 1010**<br>**Tinley Park, IL 60477** | | | | **Collections for Loyola** | | | | 55.00 |
| Account No. **90070**<br><br>**Kohner Mann & Kailas**<br>**4650 N. Port Washington Rd**<br>**Milwaukee, WI 53212** | | | | **Insurance** | | | | 1,815.00 |

Sheet no. __19__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,870.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ioan E Cont**                                    ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **225815** <br><br> **Lakeshore Waste Services LLC** <br> **4808 W. Wilson Ave** <br> **Chicago, IL 60630** | | | Utilities | | | | **567.98** |
| Account No. <br><br> **Law Office of Ira T. Nevel** <br> **175 N. Franklin, Ste. 201** <br> **Chicago, IL 60606** | | | BAC Home Loan vs. Ioan Cont- 10 CH 33854 | | | | **0.00** |
| Account No. <br><br> **Law Office of Michael Radzilowsky, Esq** <br> **234 S Wabash 7th Flr** <br> **Chicago, IL 60604** | | | Legal | | | | **0.00** |
| Account No. <br><br> **Law Office of Robert L. Pattullo** <br> **10 S. LaSalle St, Ste. 3400** <br> **Chicago, IL 60603** | | | US Bank N.A. vs. L.C. Flooring Inc - 10 L 8629 | | | | **0.00** |
| Account No. **19892420001-6** <br><br> **Loyola University Health Sys.** <br> **PO Box 4866** <br> **Oak Brook, IL 60522** | | | Medical | | | | **536.60** |

Sheet no. __**20**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,104.58**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ioan E Cont** _____,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1989242** <br><br> **Loyola University Medical Center** <br> **PO Box 3266** <br> **Milwaukee, WI 53201** | | | Medical | | | | **70.00** |
| Account No. **15917601** <br><br> **LTD Financial Services LP** <br> **7322 Southwest Frwy, Ste 1600** <br> **Houston, TX 77074** | | | Collection | | | | **295.27** |
| Account No. <br><br> **Maragos & Maragos Ltd** <br> **1 North LaSalle Ste 2200** <br> **Chicago, IL 60602** | | | Legal | | | | **0.00** |
| Account No. <br><br> **Marcel Cornel Somfelean** <br> **17 Mulberry Ct.** <br> **Glenview, IL 60025** | - | | Personal Debt | | | | **Unknown** |
| Account No. <br><br> **Margos & Margos, Ltd** <br> **c/o Kenneth A. Henry** <br> **1 North LaSalle St, Ste. 2200** <br> **Chicago, IL 60602** | | | 12 L 004155 | | | | **116,000.00** |

Sheet no. __21__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**116,365.27**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ioan E Cont**                                                    ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8004215<br><br>Mark Ishu-Attorney<br>100 West Randolph St, 13th Flr<br>Chicago, IL 60601 | | | Illinois Department of Labor v. 205 Peoria Inc. | | | | 0.00 |
| Account No.<br><br>Michael D. Fine<br>131 S. Dearborn St, Flr 5<br>q<br>Chicago, IL 60603 | | | Chase Bank vs. Ioan Cont - 09 M1 165537 | | | | 0.00 |
| Account No.<br><br>Michael Radzilowsky, Esq<br>234 S. Wabash, 7th Flr<br>Chicago, IL 60604 | | | | | | | 0.00 |
| Account No. xxxxxxxx4112<br><br>Mid America Federal S&<br>55th And Holmes<br>Clarendon Hill, IL 60514 | - | | Opened 10/01/03  Last Active 11/20/06<br>ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. xxxxxxxx7917<br><br>Mid America Federal S&<br>55th And Holmes<br>Clarendon Hill, IL 60514 | - | | Opened 11/01/03  Last Active 11/20/06<br>CreditLineSecured | | | | 0.00 |

Sheet no. __22__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ioan E Cont** _____,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2404495460** <br><br> **Mid-West National Life Insurance Company** <br> **9151 Boulevard 26  PO Box 982101** <br> **North Richards Hills, TX 76182** | | | Insurance | | | | **539.37** |
| Account No. **L1989242** <br><br> **Nationwide Credit & Collecition, Inc** <br> **815 Commerce Dr Ste 270** <br> **Oak Brook, IL 60523** | | | Collection | | | | **70.00** |
| Account No. **xxxxxxxx052009** <br><br> **Nationwide Credit Inc** <br> **2015 Vaughn Rd NW Blvd. 400** <br> **Kennesaw, GA 30144** | | | Credit Card | | | | **3,053.62** |
| Account No. **GHJ453** <br><br> **NCO Financial Systems** <br> **PO Box 17080** <br> **Wilmington, DE 19850** | | | Collections | | | | **270.13** |
| Account No. **101684** <br><br> **Necc Telecom Inc** <br> **PO Box 4487** <br> **Carol Stream, IL 60197** | | | Collection for Comcast | | | | **112.27** |

Sheet no. __**23**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,045.39**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ioan E Cont**                                                    ,        Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxxx6734** <br><br> **Nicor Gas** <br> **Attention: Bankruptcy Department** <br> **Po Box 190** <br> **Aurora, IL 60507** | - | | | | **Opened 10/27/07 Last Active 9/20/07** <br> **Agriculture** | | | | **0.00** |
| Account No. **xxxxxx6967** <br><br> **Nicor Gas** <br> **Attention: Bankruptcy Department** <br> **Po Box 190** <br> **Aurora, IL 60507** | - | | | | **Opened 11/03/03 Last Active 9/20/07** <br> **Agriculture** | | | | **0.00** |
| Account No. **xxxxxx4986** <br><br> **Nicor Gas** <br> **Attention: Bankruptcy Department** <br> **Po Box 190** <br> **Aurora, IL 60507** | | | | | **Opened 8/15/07 Last Active 2/04/08** <br> **Agriculture** | | | | **Unknown** |
| Account No. **6984433391** <br><br> **Nicor Gas** <br> **PO Box 632** <br> **Aurora, IL 60507-0632** | | | | | **Utilities** | | | | **586.57** |
| Account No. <br><br> **North Community Bank** <br> **3639 N Broadway** <br> **Chicago, IL 60613** | - | | | | **overdraft** | | | | **312.00** |

Sheet no. __24__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **898.57**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ioan E Cont**                                          ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Novovino Wine Company LLC** <br>**225 W Ohio St STE 650** <br>**Chicago, IL 60654** | | | | | | | 427.70 |
| Account No. <br><br>**Office Max** <br>**5507 W. Touhy Ave.** <br>**Skokie, IL 60077** | | | | | | | 900.00 |
| Account No. 3956717 <br><br>**Onmi Credit Services of Florida** <br>**PO Box 31179** <br>**Tampa, FL 33631** | | | **Collection for Bloomingdales** | | | | 295.27 |
| Account No. 58435 <br><br>**Open Table Inc** <br>**PO Box 671198** <br>**Dallas, TX 75267** | | | **Misc** | | | | 1,330.56 |
| Account No. <br><br>**Orlic Plumbing and Heating** <br>**4411 Elston Ave.** <br>**Chicago, IL 60630** | | - | | | | | 0.00 |

Sheet no. __25__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal |
|---|---|
| | (Total of this page) |

2,953.53

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ioan E Cont**                                    ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Ovidiu Stelian Demien** 7025 N. Kenton Lincolnwood, IL 60712 | | | | | | | | 0.00 |
| Account No. 1500500483 **Park National Bank** PO Box 4000 Oak Park, IL 60303 | | | | Small Business Loan for LC Flooring.  Money used for business.  Used an original 88,454 and debtor paid back 50,000 | | | | 50,000.00 |
| Account No. **Pawnee** 700 Center Ave Fort Collins, CO 80526 | | | | | | | | 0.00 |
| Account No. **Peoples Gas** 130 East Randoph Street Chicago, IL 60601 | | | | Utilites | | | | 541.34 |
| Account No. **PLS Check Cashers** 3601 N. Western Chicago, IL 60618 | | | | PLS Check Casher vs. 205 N. Peoria Inc. | | | | 0.00 |

Sheet no. __26__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,541.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ioan E Cont**                                                                          ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6715676**<br><br>**RDK Collection Services Inc**<br>**318 John R. Rd PMB 321**<br>**Troy, MI 48083** | | | Collections for NECC Telecom | | | | 105.69 |
| Account No. **xxxx4242**<br><br>**Receivables Performanc**<br>**Po Box 768**<br>**Bothell, WA 98041** | - | | Creditor Obtained in 2009<br>Collection for an Orion First Financial Account.  This is a shortfall for a secured purchase made by debtor. Debtor returned the collarteral to the creditor and this amount is the shortfall that they are claiming. | | | | 60,702.00 |
| Account No. **xxxxxxxxxxxx4622**<br><br>**Richland State Bank**<br>**Po Box 89937**<br>**Sioux Falls, SD 57109** | - | | Opened  1/01/99 Last Active  2/05/04<br>CreditCard | | | | 0.00 |
| Account No. **337414853**<br><br>**RMS**<br>**77 Hartland St, Ste. 401**<br>**East Hartford, CT 06128** | | | Collections | | | | 293.00 |
| Account No.<br><br>**Sams Meat Company**<br>**1041 W. Carroll Ave**<br>**Chicago, IL 60607** | | | Misc | | | | 800.00 |

Sheet no. __27__ of __35__ sheets attached to Schedule of                                    Subtotal              | 61,900.69
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ioan E Cont**                                                    ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Schamaus Ash Register Company & POS Syst**<br>**6699 N. Lincoln Ave**<br>**Lincolnwood, IL 60712** | | | | | | | **0.00** |
| Account No. **xxxx3352**<br><br>**Sears/cbna**<br>**Po Box 6282**<br>**Sioux Falls, SD 57117** | | - | Opened  3/01/99  Last Active  7/01/00<br>ChargeAccount | | | | **0.00** |
| Account No.  418568945<br><br>**Slater, Tengalia, Fritz&Hunt,PA**<br>**Lockbox 2431, PO BOX 8500**<br>**Philadelphia, PA 19178-2431** | | | Business C - Travelers Indeminity Co | | | | **114.42** |
| Account No.<br><br>**Southern Wine & Spirits of Ilinois**<br>**2971 Collection Dr**<br>**Chicago, IL 60693** | | | | | | | **405.73** |
| Account No.  534271199<br><br>**Sprint**<br>**PO Box 8077**<br>**London, KY 40742** | | | Utilities | | | | **97.37** |

Sheet no.  __28__  of  __35__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**617.52**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ioan E Cont**                                                          ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **State of Illinois Department of Employment PO BOX 802551 Chicago, IL 60680-2551** | | | | | | | 0.00 |
| Account No. <br><br> **State of Illinois Department of Revenue PO BOX 19035 Springfield, IL 62794-9035** | | | | | | | 34,375.31 |
| Account No. <br><br> **Stavros Korovillas 7029 Lavergne Chicago, IL 60077** | | | | | | | **Unknown** |
| Account No. **90277** <br><br> **Stein & Rotman 105 W. Madision St Chicago, IL 60602** | | | **Collection for Herzog Store Fixture** | | | | 2,528.00 |
| Account No. **45107** <br><br> **Studio 14 Lincolnwood 4767 W. Touhy Lincolnwood, IL 60712** | | | | | | | 3,500.00 |

Sheet no. __29__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        40,403.31

B6F (Official Form 6F) (12/07) - Cont.

In re **Ioan E Cont**                                                      , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Studio 41** <br>**4767 W Touhy** <br>**Lincolnwood, IL 60712** | | | | | | | | **0.00** |
| Account No. 146263488 <br><br>**SunTrust Mortgage** <br>**901 Semms Avenue** <br>**Richmond, VA 23224** | | | | **Mortgage** | | | | **Unknown** |
| Account No. xxxxxxxx3488 <br><br>**Suntrust Mortgage/cc 5** <br>**Attention: Bankruptcy Division** <br>**Po Box 85092** <br>**Richmond, VA 23286** | | - | | Opened 10/01/07 Last Active 2/08/10 <br>ConventionalRealEstateMortgage | | | | **Unknown** |
| Account No. <br><br>**Swanel Beverage Inc** <br>**PO Box 1186** <br>**Hammond, IN 46325** | | | | | | | | **409.50** |
| Account No. 101684 <br><br>**Talati & Patel, PLLC** <br>**1607 E. Big Beaver Rd., Ste. 340** <br>**Troy, MI 48083** | | | | **Collection for NECC** | | | | **105.69** |

Sheet no. __30__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **515.19**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ioan E Cont**                                      ,      Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Teller, Levit & Silvertrust Pc**<br>**11 East Adams, Ste. 800**<br>**Chicago, IL 60603** | | | **Fortessa vx. 205 N. Peoria Inc - 09 M1 201014** | | | | **0.00** |
| Account No. **1385000010039010000** <br><br>**The Heritage Condominum**<br>**130 N. Garland Court**<br>**Chicago, IL 60602** | | | **Misc** | | | | **8,484.42** |
| Account No. **510090-087** <br><br>**Thomas George Associates**<br>**PO Box 30**<br>**East Northport, NY 11731** | | | **Insurance** | | | | **2,924.00** |
| Account No. **xxxxx0-087** <br><br>**Thomas George Associates, Ltd.**<br>**PO Box 30**<br>**East Northport, NY 11731** | - | | **Car Accident** | | | | **Unknown** |
| Account No. **4348673** <br><br>**Torres Credit Services Inc**<br>**27 Fairview Street**<br>**Carlisle, PA 17015** | | | **Collection for Commonwealth Edison** | | | | **230.73** |

Sheet no. __31__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,639.15**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ioan E Cont**                                                    , Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5758** <br><br> **Torres Credit Srv** <br> **27 Fairview** <br> **Carlisle, PA 17013** | - | | **Opened  9/01/11** <br> **CollectionAttorney Commonwealth Edison Co** | | | | 234.00 |
| Account No. <br><br> **Transworld Systems** <br> **1375 E. Woodfield Rd, #110** <br> **Schaumburg, IL 60173** | | | **Collection** | | | | 260.53 |
| Account No. **6982a9159** <br><br> **Travelers Argo Insurance Agency** <br> **10700 W Higgins RD 230** <br> **Rosemont, IL 60018** | | | **Misc** | | | | 114.42 |
| Account No. <br><br> **Travelers Indemnity Co** <br> **c/o RMS** <br> **77 Hartland St, Suite 401** <br> **PO BOX 280431** <br> **East Hartford, CT 06128-0431** | | | | | | | 114.42 |
| Account No. <br><br> **Tri-State** <br> **5840 W Irving RD** <br> **Chicago, IL 60634** | | | **Misc** | | | | 0.00 |

Sheet no. __32__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          723.37

B6F (Official Form 6F) (12/07) - Cont.

In re __Ioan E Cont_____,      Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 36122263625163<br><br>TRS Recovery Services, Inc.<br>PO BOX 4812<br>Houston, TX 77210-4812 | | | Office Max | | | | 839.23 |
| Account No. 351222790000220<br><br>TRS Recovery Services, Inc.<br>PO BOX 4812<br>Houston, TX 77210-4812 | | | Business C - Apple | | | | 2,913.43 |
| Account No.<br><br>UPAC<br>PO Box 212516<br>Kansas City, MO 64121 | | - | Insurance for business | | | | 655.00 |
| Account No. 374029<br><br>UPAC<br>PO BOX 212516<br>Kansas City, MO 64121-2516 | | | | | | | 655.23 |
| Account No. 154582858176<br><br>US Bank<br>PO Box 1800<br>St. Paul, MN 55101 | | | Checking | | | | 116.73 |

Sheet no. __33__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,179.62

B6F (Official Form 6F) (12/07) - Cont.

In re **Ioan E Cont** _____, Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **250031020960** US Bank PO Box 790401 St. Louis, MO 63179 | | | | Business loan for LC Flooring | | | | 10,609.23 |
| Account No. **25-0031020960** US Bank PO BOX 790401 St. Louis, MO 63179-0401 | | | | | | | | 49,956.44 |
| Account No. **250031020960** US Bank PO BOX 790401 ST. LOUIS, MO 63179-0401 | | | | Commercial Loan | | | | 47,179.79 |
| Account No. **154582858176** US Bank PO BOX 790402 ST. LOUIS, MO 63179-0402 | | | | Business Bank Account | | | | 0.00 |
| Account No. **10-027999** Village of Skokie 5127 Oakton Skokie, IL 60077 | | | | Collections for Skokie | | | | 150.00 |

Sheet no. __34__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | **107,895.46**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ioan E Cont**                               ,        Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10-024436** <br><br> **Village of Skokie** <br> **5129 Oakton** <br> **Skokie, IL 60079** | | | **Collections for Skokie** | | | | **50.00** |
| Account No. <br><br> **Wabash Seafood Co** <br> **2249 W Hubbard St** <br> **Chicago, IL 60612** | | | **Misc** | | | | **842.97** |
| Account No. <br><br> **Williams Sonama** <br> **113 Old Orchard Center, Ste D113** <br> **Skokie, IL 60077** | | | | | | | **1,500.00** |
| Account No. <br><br> **Wirtz Beverage Illinois** <br> **PO Box 809180** <br> **Chicago, IL 60680** | | | | | | | **1,873.47** |
| Account No. **09M21819** <br><br> **Zwicker & Associates** <br> **7366 N. Lincoln Ave, Ste 404** <br> **Lincolnwood, IL 60712** | | | **Collections for Amex** | | | | **0.00** |

Sheet no. __35__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **4,266.44**

Total (Report on Summary of Schedules)     **1,088,537.64**

B6G (Official Form 6G) (12/07)

In re    **Ioan E Cont**                                                                      ,        Case No. _____
                                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Ioan E Cont**                                          ,    Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Ioan E Cont** _____   Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Flooring Installer** | |
| Name of Employer | **Self Employed** | |
| How long employed | **15 yrs** | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
|    b. Insurance | $ | 0.00 | $ | N/A |
|    c. Union dues | $ | 0.00 | $ | N/A |
|    d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 1,800.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 1,800.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,800.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 1,800.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Ioan E Cont** _____   Case No. _____

_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 400.00 |
|   a. Are real estate taxes included?     Yes ___    No **X** | | |
|   b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 60.00 |
|              b. Water and sewer | $ | 60.00 |
|              c. Telephone | $ | 110.00 |
|              d. Other **Cable Bundler** | $ | 70.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 350.00 |
| 5. Clothing | $ | 30.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 40.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|              a. Homeowner's or renter's | $ | 0.00 |
|              b. Life | $ | 0.00 |
|              c. Health | $ | 280.00 |
|              d. Auto | $ | 0.00 |
|              e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|              a. Auto | $ | 0.00 |
|              b. Other _____ | $ | 0.00 |
|              c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
|     Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,780.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 1,800.00 |
| b.  Average monthly expenses from Line 18 above | $ | 1,780.00 |
| c.  Monthly net income (a. minus b.) | $ | 20.00 |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Ioan E Cont**                                                                    Case No.
_____                    Chapter     **7**  _____
                                          Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

         I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**53**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 14, 2012**                          Signature   **/s/ Ioan E Cont**
                                                                **Ioan E Cont**
                                                                Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ioan E Cont**                                Case No. _____

                                     Debtor(s)             Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$16,200.00** | **2012 YTD: Income Debtor** |
| **$0.00** | **2011: Income Income Loss <39,275>** |
| **$0.00** | **2010: Income Income loss <36,621>** |

---

**2. Income other than from employment or operation of business**

None   ☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$15,950.00** | **2011: Debtor Gambling Winnings** |

2

### 3. Payments to creditors

None
■

**Complete a. or b., as appropriate, and c.**

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Citibank v. Cont 09 M1-205405** | **Collection** | **Cook County Illinois 1st Municipal District** | **Post Judgment** |
| **American Express v. Cont 09-M2-001819** | **Collection** | **Cook County Illinois Second District** | **Post Judgment** |
| **Empire Cooling v. 205 N Peoria et al. 09 m3 3368** | **collection** | **Cook County Municipal 3rd District** | **Pending** |
| **Fortessa v. 205 N Peoria et al 09 M1 201014** | **Collection** | **Cook County Municiapl First District** | **Pending** |
| **Us Bank et al v. LC Flooring et al 10 L 8629** | **Collection** | **Cook County Law Dept.** | **Pending** |
| **Suntrust Mortgage v. Cont 10 CH 21407** | **Collection** | **Cook county Changery Dept.** | **Pending** |
| **Chase Bank v. Cont 09 M1 165537** | **Collection** | **Cook County Daley Center** | **Pending** |
| **BAC Home Loans v. Cont et al 10 CH 33854** | **Foreclosure** | **Cook County Chancery Dept** | **Pending** |
| **Maragos v. Cont et al 12 L 004155** | **Lawsuit** | **Cook County Law Dept** | **Pending** |
| **Discover Bank v. Cont 10 M1 124423** | **Collection** | **Cook County Illinois** | **Pending** |
| **Society Insurance Mutual Ins. Co. v. 205 IC Inc. 10 -M1-139149** | **Collection** | **Cook County Municipal** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
■
    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
■
    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■
    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■
    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■
    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■
    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Cutler & Associates, Ltd.** **8430 Gross Point Road #201** **Skokie, IL 60077** | **June 2012** | **$2,394.00** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Arnulfo S. Calalang** **5011 Fairview Lane** **Skokie, IL 60077** None | **April 2011** | **5011 Fairview Skokie, IL, 60077.  Shortsale that debtor received zero money from.** |
| **Vijay Konkimalla** **130 N Garland Ct. Unit 3901** **Chicago, IL 60602** None | **5/2011** | **130 N Garland Ct. Unit 3901.  Debtor shortsold property and did not get any money at closing.** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

5

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Dustless Flooring Inc.** | 45-4733138 | **5011 Fariview Lane Skokie, IL 60077** | **Floor refinishing** | **3/2012 to current** |
| **LC Flooring Inc** | 02-0718142 | **PO Box 480351 Niles, IL 60714** | **Flooring company** | **3/2011 to 6/2012** |
| **205 IC Inc.** | 27-0333002 | **5011 Fairview Skokie, IL 60077** | **Restaurant** | **5/2009 to 6/2012** |
| **205 N Peoria** | 20-8530009 | **5011 FAIRVIEW AE Skokie, IL 60077** | **Owend a nightclub** | **2007 to 2009** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Tri-State Accounting 5840 W Irving Park Rd Chicago, IL 60634** | **2002 to 2012** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **September 14, 2012**            Signature  **/s/ Ioan E Cont**

**Ioan E Cont**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ioan E Cont** _____    Case No. _____

                                     Debtor(s)          Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Harris N.a.** | **Describe Property Securing Debt:**<br>**2007 Range Rover HSE Sport Utility 4D. Value established by Carmax valuation.** |

Property will be (check one):

   ☐ Surrendered                  ☒ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☒ Other. Explain   **Debtor will try to work out new payment plan**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ☒ Claimed as Exempt                  ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES         ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **September 14, 2012** _____      Signature    **/s/ Ioan E Cont** _____
                                                      **Ioan E Cont**
                                                      Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ioan E Cont**                                                 Case No.
_____                                 _____
                                    Debtor(s)                   Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,394.00** |
| Prior to the filing of this statement I have received | $ | **2,394.00** |
| Balance Due | $ | **0.00** |

2.  $ **306.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 14, 2012**                    **/s/ David H. Cutler**
_____             _____
                                            **David H. Cutler**
                                            **Cutler & Associates, Ltd**
                                            **8430 Gross Point Rd**
                                            **Ste 201**
                                            **Skokie, IL 60077**
                                            **847-673-8600  Fax: 847-673-8636**
                                            **david@cutlerltd.com**

---

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

       Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

       After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

       Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

       Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

       A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Ioan E Cont** _____ Case No. _____
                                    Debtor(s)        Chapter   **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Ioan E Cont** _____ | X **/s/ Ioan E Cont** _____ | **September 14, 2012** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ioan E Cont**

_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **175**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September 14, 2012**
_____

**/s/ Ioan E Cont**
_____
**Ioan E Cont**
Signature of Debtor

A American Custom- Niles
7777 N. Caldwell
Niles, IL 60714


Allied Interstate
3000 Corporate Exchange Dr 5th Fl
Columbus, OH 43231


Allied Waste
2608 S. Damen
Chicago, IL 60608


Allied Waste Services
PO Box 9001154
Louisville, KY 40290


Alsco
2641 S. Leavitt St
Chicago, IL 60608


American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998


American Family Insuracne
6000 American Pkwy
Madison, WI 53783


American Family Insuracne
PO Box 9432
Minneapolis, MN 55440


American Family Insuracne
4802 Mitchell Ave
St. Joseph, MO 64507


American family Insurance
Madison, WI 53777-0001


Antonio Lopez
5738 S. Mayfield
Chicago, IL 60638

Apple Store, Old Orchard
4999 Old Orchard Center
Skokie, IL 00060-0477


ARS National Services
PO BOX 463023
Escondido, CA 92046-3023


Assurant Solutions
PO Box 105272
Atlanta, GA 30348


AT&T
c/o Accord Creditor Services
PO BOX 10002
Newman, GA 30271


ATT
PO Box 8105
Aurora, IL 60507


Attorney General
c/o Mark Ishu
100 West Randolph 13th Fl
Chicago, IL 60601


Attorney Kimerly J. Weissman
633 Skokie Blvd, Ste. 400
Northbrook, IL 60062


Bank of America
PO Box 53150
Phoenix, AZ 85072


Bank of America
PO Box 17295
Wilmington, DE 19850


Bank of America
PO BOX 53150
Phoenix, AZ 85072-3150

Bank of America
Northeast Legal Order Processing
5701 Horatio St
Utica, NY 13502-1024


Bank Of America, N.a.
450 American St
Simi Valley, CA 93065


Barhorst & Associates PC
901 W Jackson Blvd, Ste 301
Chicago, IL 60607


Berger, Newmark & Fenchel PC
1753 N. Tripp Ave
Chicago, IL 60639


Blitt and Gaines PC
661 Glenn Ave
Wheeling, IL 60090


Blitt and Gaines, PC
661 Glenn Ave
Wheeling, IL 60090


Bloomingdales
PO Box 183083
Columbus, OH 43218


BSB Direct Finance, LLC
PO Box 2149
Gig Harbor, WA 98335


Cassidy Tire and Service
7220 N. Cicero Ave
Lincolnwood, IL 60172


CD Peacock
1128 Northbrook Ct
Northbrook, IL 60062


Chaet Kaplan Baim Firm
30 N LaSalle St. Ste. 1520
Chicago, IL 60602

Chase
Po Box 15298
Wilmington, DE 19850


Chase
PO Box 15153
Wilmington, DE 19886


Chase Manhattan
Attn: Bankruptcy Research Dept
3415 Vision Dr., Mail Code Oh4-7302
Columbus, OH 43219


Chrysler Credit/TD Auto Finance
Attention: Bankruptcy
Po Box 551080
Jacksonville, FL 32255


Cit y of Chicago
Dept. of Business Affairs
121 N LaSalle St. Rm 800
Chicago, IL 60602


Citi
CitiCard Credit Services/Centralized Ban
Po Box 20507
Kansas City, MO 64195


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Citibank Usa
Citicorp Credit Services/Attn: Centraliz
Po Box 20363
Kansas City, MO 64195


Codilis & Associates, PC
15W030 N. Frontage Rd, Ste. 100
Burr Ridge, IL 60527


Codilis & Associates, PC
15w030 North Frontage Rd Ste. 100
Willowbrook, IL 60527

Collect America Commercial Services
16011 College Blvd, Ste. 101
Lenexa, KS 66219


Comcast
c/o Stellar Recovery
1327 Highway 2 W, Suite 100
Kalispell, MT 59901-3413


Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002


ComEd
PO Box 6111
Carol Stream, IL 60197


Complete Payment Recovery Services
PO BOX 30031
Tampa, FL 33630-3031


Complete Payment Recovery Services
PO BOX 30032
Tampa, FL 33630-3032


Connor & Gallagher
4933 Lincoln Ave
Lisle, IL 60532


Cooler Service Inc
940 W. Chicago Ave
Chicago, IL 60642


Countrywide Bank, FSB
PO Box 660694
Dallas, TX 75266


Crd Prt Asso
Attn: Bankruptcy
Po Box 802068
Dallas, TX 75380


Cream Wine Company
118 N. Peoria St 3rd Flr
Chicago, IL 60607

Credit Collection Services
Two Wells Avenue
Newton, MA 02459


Credit Collection Services
Two Wells Ave
Newton, MA 02459


Credit Collection Services
Two Wells AVe
Newton Center, MA 02459


Credit Protection Association L. P.
13355 Noel Road
Dallas, Tx 75240


DebtAlert
PO Box 280431
East Hartford, CT 06128


Deem T. Maragos
1 N. Lasalle, Ste 2200
Chicago, IL 60602


Demetrios J. Haleas
3940 W. Touhy Ave, Ste. 1
Lincolnwood, IL 60712


Dimitri Anastos
Po Box 56470
Chicago, IL 60656


Direct TV
PO Box 60036
Los Angeles, CA 90060


Discover Bank
c/o Budzik & Dynia, LLC
4849 N. Milwaukee Ave.
Suite 801
Chicago, IL 60630

Discover Fin
Attention:  Bankruptcy Department
Po Box 3025
New Albany, OH 43054


Dsnb Bloom
Macy's Bankruptcy Dept.
9111 Duke Blvd.
Mason, OH 45040


Empire Cooler Servcie, Inc
940 W. Chicago Ave
Chicago, IL 60642


Empire Cooling
c/o Schwartz Wolf & Bernstein
314 N McHenry Rd.
Buffalo Grove, IL 60089


ER Solutions Inc
PO Box 9004
Renton, WA 98057


First Merit Bank
295 First Merit Circle
Akron, OH 44307


First Merit Bank
294 First Merit Cir.
Akron, OH 44307-2358


First Merit Bank
295 First Merit Cir.
Akron, OH 44307-2359


Fortessa
c/o Teller, Levit & Silvertrust
11 East Adams Ste. 800
Chicago, IL 60603


Fortessa Inc
22601 Davis Dr
Sterling, VA 20164

Gabbys Bagels Inc
11241 Melrose Ave Unit B
Franklin Park, IL 60131


GE Money
PO Box 960061
Orlando, FL 32896


Gemb/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


Gemb/mohawk Color Cent
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


Gerber Collision and Glass
8250 Skokie Blvd
Skokie, IL 60077


Glenview State Bank
800 Waukegan Rd
Glenview, IL 60025


Global Payments/Dept CBD
10705 Red Run Blvd
Owings Mills, MD 21117


Green Summer Landscaping Inc
800 E Ironwood Dr
Mt Prospect, IL 60056


Harris Bank
PO BOX 6201
Carol Stream, IL 60197-6201


Harris Bank/Attn: BK Notices
3800 Golf Road, Ste. 300
Rolling Meadows, IL 60008


Harris Bank/Attn: BK Notices
3801 Golf Road, Ste. 300
Rolling Meadows, IL 60009

Harris N.a.
Bmo-Attention: Legal Service
1100 W. Monroe 421 E
Chicago, IL 60603


Home Dept
890 Oak Creek Dr.
Lombard, IL 60148


Hopper Architectural Products
1131 Douglass Rd
Batavia, IL 60510


Hsbc Bank
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc Nv
Attention: Bankruptcy
Po Box 5213
Carol Stream, IL 60197


Illinois Collection Service
PO Box 1010
Tinley Park, IL 60477


Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035


Ira Nevel
175 N Franklin #201
Chicago, IL 60606


Kohner Mann & Kailas
4650 N. Port Washington Rd
Milwaukee, WI 53212

Lakeshore Waste Services LLC
4808 W. Wilson Ave
Chicago, IL 60630


Law Office of Ira T. Nevel
175 N. Franklin, Ste. 201
Chicago, IL 60606


Law Office of Michael Radzilowsky, Esq
234 S Wabash 7th Flr
Chicago, IL 60604


Law Office of Robert L. Pattullo
10 S. LaSalle St, Ste. 3400
Chicago, IL 60603


Loyola University Health Sys.
PO Box 4866
Oak Brook, IL 60522


Loyola University Medical Center
PO Box 3266
Milwaukee, WI 53201


LTD Financial Services LP
7322 Southwest Frwy, Ste 1600
Houston, TX 77074


Maragos & Maragos Ltd
1 North LaSalle Ste 2200
Chicago, IL 60602


Marcel Cornel Somfelean
17 Mulberry Ct.
Glenview, IL 60025


Margos & Margos, Ltd
c/o Kenneth A. Henry
1 North LaSalle St, Ste. 2200
Chicago, IL 60602


Mark Ishu-Attorney
100 West Randolph St, 13th Flr
Chicago, IL 60601

Michael D. Fine
131 S. Dearborn St, Flr 5
q
Chicago, IL 60603


Michael Fine
131 S Dearborn
Chicago, IL 60603


Michael Radzilowsky, Esq
234 S. Wabash, 7th Flr
Chicago, IL 60604


Mid America Federal S&
55th And Holmes
Clarendon Hill, IL 60514


Mid-West National Life Insurance Company
9151 Boulevard 26  PO Box 982101
North Richards Hills, TX 76182


Nationwide Credit & Colleciton, Inc
815 Commerce Dr Ste 270
Oak Brook, IL 60523


Nationwide Credit Inc
2015 Vaughn Rd NW Blvd. 400
Kennesaw, GA 30144


NCO Financial System Inc
507 Prudential Rd.
Horsham, PA 19044


NCO Financial Systems
PO Box 17080
Wilmington, DE 19850


Necc Telecom Inc
PO Box 4487
Carol Stream, IL 60197


Nicor Gas
Attention: Bankruptcy Department
Po Box 190
Aurora, IL 60507

Nicor Gas
PO Box 632
Aurora, IL 60507-0632


North Community Bank
3639 N Broadway
Chicago, IL 60613


Novovino Wine Company LLC
225 W Ohio St STE 650
Chicago, IL 60654


Office Max
5507 W. Touhy Ave.
Skokie, IL 60077


Onmi Credit Services of Florida
PO Box 31179
Tampa, FL 33631


Open Table Inc
PO Box 671198
Dallas, TX 75267


Orlic Plumbing and Heating
4411 Elston Ave.
Chicago, IL 60630


Ovidiu Stelian Demien
7025 N. Kenton
Lincolnwood, IL 60712


Park National Bank
PO Box 4000
Oak Park, IL 60303


Pawnee
700 Center Ave
Fort Collins, CO 80526


Pawnee Leasing Corp
700 Centre Ave
Fort Collins, CO 80526

Peoples Gas
130 East Randoph Street
Chicago, IL 60601


PLS Check Cashers
3601 N. Western
Chicago, IL 60618


RDK Collection Services Inc
318 John R. Rd PMB 321
Troy, MI 48083


Receivables Performanc
Po Box 768
Bothell, WA 98041


Richland State Bank
Po Box 89937
Sioux Falls, SD 57109


RMS
77 Hartland St, Ste. 401
East Hartford, CT 06128


Robert L Pattullo
10 S LaSalle Ste. Ste 3400
Chicago, IL 60603


Sams Meat Company
1041 W. Carroll Ave
Chicago, IL 60607


Schamaus Ash Register Company & POS Syst
6699 N. Lincoln Ave
Lincolnwood, IL 60712


Sears/cbna
Po Box 6282
Sioux Falls, SD 57117


Slater, Tengalia, Fritz&Hunt,PA
Lockbox 2431, PO BOX 8500
Philadelphia, PA 19178-2431

Southern Wine & Spirits of Ilinois
2971 Collection Dr
Chicago, IL 60693


Sprint
PO Box 8077
London, KY 40742


State of Illinois
Department of Employment
PO BOX 802551
Chicago, IL 60680-2551


State of Illinois
Department of Revenue
PO BOX 19035
Springfield, IL 62794-9035


Stavros Korovillas
7029 Lavergne
Chicago, IL 60077


Stein & Rotman
105 W. Madision St
Chicago, IL 60602


Studio 14 Lincolnwood
4767 W. Touhy
Lincolnwood, IL 60712


Studio 41
4767 W Touhy
Lincolnwood, IL 60712


SunTrust Mortgage
901 Semms Avenue
Richmond, VA 23224


Suntrust Mortgage/cc 5
Attention: Bankruptcy Division
Po Box 85092
Richmond, VA 23286

Swanel Beverage Inc
PO Box 1186
Hammond, IN 46325


Talati & Patel, PLLC
1607 E. Big Beaver Rd., Ste. 340
Troy, MI 48083


Teller, Levit & Silvertrust Pc
11 East Adams, Ste. 800
Chicago, IL 60603


The Heritage Condominum
130 N. Garland Court
Chicago, IL 60602


Thomas George Associates
PO Box 30
East Northport, NY 11731


Thomas George Associates, Ltd.
PO Box 30
East Northport, NY 11731


Torres Credit Services Inc
27 Fairview Street
Carlisle, PA 17015


Torres Credit Srv
27 Fairview
Carlisle, PA 17013


Transworld Systems
1375 E. Woodfield Rd, #110
Schaumburg, IL 60173


Travelers Argo Insurance Agency
10700 W Higgins RD 230
Rosemont, IL 60018


Travelers Indemnity Co
c/o RMS
77 Hartland St, Suite 401
PO BOX 280431
East Hartford, CT 06128-0431

```
Tri-State
5840 W Irving RD
Chicago, IL 60634


TRS Recovery Services, Inc.
PO BOX 4812
Houston, TX 77210-4812


UPAC
PO Box 212516
Kansas City, MO 64121


UPAC
PO BOX 212516
Kansas City, MO 64121-2516


US Bank
PO Box 1800
St. Paul, MN 55101


US Bank
PO Box 790401
St. Louis, MO 63179


US Bank
PO BOX 790401
St. Louis, MO 63179-0401


US Bank
PO BOX 790402
ST. Louis, MO 63179-0402


Village of Skokie
5127 Oakton
Skokie, IL 60077


Village of Skokie
5129 Oakton
Skokie, IL 60079


Wabash Seafood Co
2249 W Hubbard St
Chicago, IL 60612
```

Weltman Weinberg & Reis
323 W. Lakeside Ave, Ste 200
Cleveland, OH 44113


Williams Sonama
113 Old Orchard Center, Ste D113
Skokie, IL 60077


Wirtz Beverage Illinois
PO Box 809180
Chicago, IL 60680


Zwicker & Associates
7366 N. Lincoln Ave, Ste 404
Lincolnwood, IL 60712


Zwicker & Associates
7366 N Lincoln Ave.
Lincolnwood, IL 60712